**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robinanne Anne Altieri<br>aka Robinanne Anne Morella<br>dba Antiques + Collectibles<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 18-13128 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of RUSHMORE LOAN MANAGEMENT SERVICES as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and index same on the master mailing list.

                                           Respectfully submitted,

                                           **/s/ Rebecca A. Solarz, Esquire**
                                           Rebecca A. Solarz, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322 FAX (215) 627-7734