US BANKRUPTCY COURT
EASTERN DIST. OF PA

Re- Robinanne ALTIERI

No: 18-13128mdc

5/30/2018

CHAPTER 13 BANKRUPTCY

ENCLOSED ARE ALL FORMS REQUESTED.

① Certification Concerning Credit Counseling
② Matrix
③ Chpt. 13 plan
④ Chpt. 13 Statement of Monthly Income + Calculation of Commitment Period
⑤ Form 122C-1
⑥ Means Test Calculation 122C-2 (if needed)
⑦ Schedules AB + J -
⑧ Financial Affair Statement
⑨ Summary of Assets + Liabilities.

X [signature]

JUN 4 2018