**Fill in this information to identify the case:**

Debtor 1: Robinanne Anne Altieri aka Robinanne Anne Morella dba Antiques + Collectibles

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number: 18-13128

## Official Form 410S1
# Notice of Mortgage Payment Change                                       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Santander Bank, N.A.

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 0 4 6 4

Date of payment change: 06/21/18
Must be at least 21 days after date of this notice

New total payment: $ 115.51
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ■ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ■ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 4.24 %    New interest rate: 4.49 %

   Current principal and interest payment: $ 110.75    New principal and interest payment: $ 115.51

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ■ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                            page 1

| Debtor 1 | Robinanne Anne Altieri aka Robinanne Anne Morella dba Antiques + Collectibles | Case number (if known) | 18-13128 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X *Nancy Anderson*
Signature

Date 06/04/2018

Print: Nancy Anderson
First Name   Middle Name   Last Name

Title: Bankruptcy Administrator

Company: Santander Bank, N.A.

Address: 601 Penn Street
Number   Street
Reading               PA   19601
City                  State ZIP Code

Contact phone (610) 378-6370

Email: DeftBkr@santander.us

Official Form 410S1                Notice of Mortgage Payment Change                page 2