UNITED STATES BANKRUPTCY COURT OF EASTERN PENNSYLVANIA

ROBINANNE ALTIERI                    NO. 18-13128-MDC

DEBTOR

CHAPTER 13 BANKRUPTCY



FILED
JUL 1 1 2018
TIMOTHY McGRATH

PETITION FOR A CONTINUANCE OF THE DATE FOR THE MEETING OF CREDITORS

Dear Honorable Bankruptcy Judge,

On this day July 1st, 2018, I hereby request a Continuance in my Chapter 13 Bankruptcy Case, of the Meeting Of Creditors, Scheduled for the end of July. Due to Circumstances Beyond My Control. Thank You Sincerely for your kind consideration.    Sincerely,

Robinanne Altieri, No. 18-13128-mdc