UNITED STATES BANKRUPTCY COURT OF EASTERN PENNSYLVANIA

ROBINANNE ALTIERI                                        NO. 18-13128-MDC

DEBTOR

CHAPTER 13 BANKRUPTCY

## PETITION FOR A CONTINUANCE OF THE DATE FOR THE TRUSTEE MEETING IN SEPTEMBER 2018

Dear Honorable Bankruptcy Judge,

On this day July 2ND, 2018, I hereby request a Continuance in my Chapter 13 Bankruptcy Case, of the Meeting With the Trustee in my Chapter 13 Bankruptcy Case, Scheduled for September, 2018.Because of a Vacation that was planned well in advance. Thank You Sincerely for your kind consideration. SINCERELY,

Robinanne Altieri, No. 18-13128-mdc

*Sincerely,*

7/2/18

C

JUL 2 3 2018