# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-13128-MDC

ROBINANNE ANNE ALTIERI

12 HOLBROOK ROAD

HAVERTOWN, PA 19083

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ROBINANNE ANNE ALTIERI

    12 HOLBROOK ROAD

    HAVERTOWN, PA 19083

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *, * *
    '

Date: 7/26/2018

                                               /S/ William C. Miller
                                             _____

                                             William C. Miller, Esquire
                                             Chapter 13 Standing Trustee