UNITED STATES BANKRUPTCY COURT OF EASTERN PENNSYLVANIA

900 MARKET STREET SUITE 400

PHILADELPHIA, PA. 19107

FILED
AUG - 7 2018
TIMOTHY McGRATH, CLERK
PER CLERK

Chapter 13 Bankruptcy

In Re: Robinanne Altieri

12 Holbrook Rd.

Havertown, PA 19083

Bankruptcy No. 18-13128mdc

Debtor.

## RESPONSE TO MOTION

Today I am filing a response to Mr. William C. Miller, Esquire's Motion to dismiss my Chapter 13 Bankruptcy case. Today is August 2nd, 2018. I kindly request that my Bankruptcy Case be continued for the following reasons:

I, Debtor, very much, timely had requested a continuance in regard to the date of the Meeting of Creditors due to circumstances beyond my control.

I currently am Self Employed which was indicated in my filings. Therefore I have no record of Payments received within the 60 days prior to filing for Chapter 13 Bankruptcy. I also was unaware of having to do this, as My filings contained this information on the Schedules etc.

I applied to the IRS for copies of my Tax Transcripts and did not receive all of them.

I, Debtor, was not aware that Payments to the Trustee were to be issued prior to the approval of the Bankruptcy Trustee Meeting of Acceptance.

I, Debtor, has been a Victim of Domestic Violence, please see attached, My mind and Concentration levels are very affected. I was hospitalized as well, I have proof of this, as My Bankruptcy filing is extremely important to myself.

WHEREFORE, Robinanne Altieri, Debtor, kindly asks that her Chapter 13 Bankruptcy Case not be Dismissed.

Respectfully Submitted,

Robinanne Altieri, Debtor

12 Holbrook Rd

Havertown, PA 19083

Telephone: (267) 455-6071

Please Note,

# IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA OFFICE OF JUDICIAL SUPPORT

## RULE OF CIVIL PROCEDURE NO. 236

| | |
|---|---|
| Robinanne Altieri,<br>    Plaintiff<br>v.<br><br>Jason Altieri,<br>    Defendant. | No. CV-2018-080314 |

NOTICE IS GIVEN UNDER PENNSYLVANIA RULE OF CIVIL PROCEDURE NO. 236 THAT AN ORDER IN THE ABOVE CASE HAS BEEN ENTERED ON 03-01-2018.

| | |
|---|---|
| SIGNED | 03-01-2018 |
| FILED | 03-01-2018 |
| PER | Judge William Mackrides |

**TIME AND LEGAL LIABILITY DO NOT PERMIT THE OFFICE OF JUDICIAL SUPPORT TO GIVE DOCKET INFORMATION BY TELEPHONE.**
**NO EXCEPTIONS!**

Jason Altieri    CV-2018-080314
12Holbrook Rd
Havertown PA 19083

**GRANTED**

__Robinanne Altier__
Plaintiff

IN THE COURT OF COMMON PLEAS
DELAWARE COUNTY, PENNSYLVANIA

No. 18-80314

v.

__Jason Altieri__
Defendant

## NOTICE OF HEARING AND ORDER

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claim set forth in the following papers, you must appear at the hearing scheduled herein. If you fail to do so, the case may proceed against you and a FINAL order may be entered against you granting the relief requested in the petition. In particular, you may be evicted from your residence, be prohibited from possessing any firearm, other weapon, ammunition or any firearm license, and lose other important rights, including custody of your children. Any protection order granted by a court may be considered in subsequent proceedings under Title 23 (Domestic Relations) of the Pennsylvania Consolidated Statutes, including child custody proceedings under Chapter 53 (relating to custody).

A hearing on the matter is scheduled for: __March 8, 2018__ at __8:30__ in (Time of day). (AM/**PM**)
Courtroom: _____ at __Delaware__ County Courthouse.

If an order of protection has been entered, you MUST obey the order until it is modified or terminated by the court after notice and hearing. If you disobey this order, the police or sheriff may arrest you. Violation of this order may subject you to a charge of indirect criminal contempt which is punishable by a fine of up to $1,000 and/or up to six months in jail under 23 Pa C.S.A. §6114. Violation may also subject you to prosecution and criminal penalties under the Pennsylvania Crimes Code. Under federal law, 18. U.S.C. §2265, this order is enforceable anywhere in the United States, tribal lands, U.S. Territories and the Commonwealth of Puerto Rico. If you travel outside of the state and intentionally violate this order, you may be subject to federal criminal proceedings under the Violence Against Women Act. 18 U.S.C. §§2261-2262.

If this order directs you to relinquish any firearm, other weapon, ammunition or any firearm license to the sheriff, you may do so upon service of this order. As an alternative, you may relinquish any firearm, other weapon, or ammunition listed herein to a third party provided you and the third party first comply with all requirements to obtain a safekeeping permit. 23 Pa.C.S.A. §6108.3. You must relinquish any firearm, other weapon, ammunition or any firearm license listed in the order no later than 24 hours after service of the order. If, due to their current location, firearms, other weapons or ammunition cannot reasonably be retrieved within the time for relinquishment, you must provide an affidavit to the sheriff listing the firearms, other weapons or ammunition and their current location no later than 24 hours after service of the order. Failure to timely relinquish any firearm, other weapon, ammunition or any firearm license shall result in a violation of this order and may result in criminal conviction under the Uniform Firearms Act, 18 Pa. C.S.A. §6105.

NOTICE: Even if this order does not direct you to relinquish firearms, you may be subject to federal firearms prohibitions and federal criminal penalties under 18 U.S.C. §922(g)(8).

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. YOU HAVE THE RIGHT TO HAVE A LAWYER REPRESENT YOU AT THE HEARING. THE COURT WILL NOT, HOWEVER, APPOINT A

1