UNITED STATES BANKRUPTCY COURT OF EASTERN PENNSYLVANIA

Robinanne Altieri                                   Chapter 13 Bankruptcy

Debtor                                              NO: 18-13128MDC

DATE: AUGUST 17, 2018

---

PETITION TO THE HONORABLE COURT FOR A KIND CONTINUANCE OF THE COURT HEARINGS SCHEDULED FOR SEPTEMBER 4TH, AND SEPTEMBER 6TH, MEETING WITH THE HONORABLE TRUSTEE MR. WILLIAM MILLER, AND THE SEPTEMBER 4TH HEARING CONCERNING THE LIFTING OF THE AUTOMATIC "STAY", WITH KML LAWYERS, DUE TO EXTRAORDINARY MEDICAL REASONS.

I Robinanne Altieri, Debtor, Am kindly asking for a Continuance of the Two Above Hearings concerning KML LAW GROUP; REBECCA SOLARZ and The Meeting with the Honorable Trustee, Mr. WILLIAM MILLER. My injuries sustained during an Assault incident on July 24th, 2018 would preclude me from attending. I have two very herniated discs in my back and Torso, rib, AND TACHYCARDIA, AN ACCELERATED HEART RATE AS WELL AS UNDERLYING HEART PROBLEMS..... etc pain.. which at times is excruciating. I hope to make a full recovery and am getting better. Enclosed is a copy of the Emergency Room Visits. I can ambulate, only limited, at this time. I pray the Court Agrees with a Kind Continuance of these September Scheduled Hearings at this time.

Sincerely, Robinanne Altieri

12 Holbrook Rd

Havertown, PA. 19083

Tel: 267-512-1707

AUG 23 2018



**Bryn Mawr Hospital**
Main Line Health®

# AFTER VISIT SUMMARY

**Robin A Altieri**   MRN: 000010410530   📅 7/24/2018   📍 Bryn Mawr Hospital Emergency Department 484-337-3770

## Instructions

TAKE MOTRIN AND TYLENOL EVERY 6 HOURS FOR PAIN

ALTERNATE ICE AND HEAT ON THE AFFECTED AREA, 20 MINUTES ON 20 MINUTES OFF

RETURN TO THE ER IF ANY INCREASE IN FEVER>101, INCREASE BACK PAIN, NECK PAIN, NUMBNESS OR TINGLING IN YOUR TOES, CHANGE IN BOWEL OR BLADDER FUCNTION, CHANGE IN COLOR OR TEMPERATURE OF YOUR TOES, INCREASE, HEADACHE, DIZZINESS, BLOOD IN YOUR URINE, WEAKNESS IN YOUR LEGS OR ANY CONCERNS, VOMITING OR ANY CONCERNS

 **Read the attached information**
1. Lumbosacral Strain (English)
2. Thoracic Strain (English)

 **Schedule an appointment with Xiaobin Li, MD as soon as possible for a visit in 2 days (around 7/27/2018)**
Contact: 2010 WEST CHESTER PIKE
SUITE 448
Havertown PA 19083
610-853-2502

 **Follow up with Bryn Mawr Hospital Emergency Department**
Why: As needed, If symptoms worsen
Specialty: Emergency Medicine
Contact: 130 South Bryn Mawr Avenue
Bryn Mawr Pennsylvania 19010
484-337-3770

## Today's Visit

You were seen by Richard Shoemaker, MD and Lori H. Bodenheimer, PA

**Reason for Visit**
Assault Victim

**Diagnoses**
- Strain of lumbar region, initial encounter
- Thoracic myofascial strain, initial encounter

**Imaging Tests**
CT ABDOMEN PELVIS WITHOUT IV CONTRAST
X-RAY LUMBAR SPINE 2 OR 3 VIEWS
X-RAY RIBS LEFT WITH PA CHEST

**Your End of Visit Vitals**

 Blood Pressure
131/73

 Temperature (Tympanic)
99.8 °F

 Pulse
111

 Respiration
18

 Oxygen Saturation
99%

## What's Next
You currently have no upcoming appointments scheduled.

## Additional Information
If you do not continue to improve, or if your condition worsens, please call your doctor or the Emergency Department right away. You may also

---

Robin A Altieri (6/30/1965) • Printed at 7/25/18 12:15 AM        Page 1 of 9   **Epic**