UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PA

---

In Re:
ROBINANNE ALTIERI
DEBTOR

FILED
SEP 21 2018
TIMOTHY McGRATH, CLERK
DEP CLERK

Case # 18-13128-MDC
Chapter: 13

NOTICE TO PROVIDE CAUSE AND ASK FOR A CONTINUANCE IN REGARD TO "NOTICE TO SHOW CAUSE" HEARING. (DATE)

To Dear Honorable Magdeline D. Coleman, U.S. Bankruptcy Court. I hereby kindly ask for a continuance in regard to the scheduled date of 9/27/18 at 11:00 am. From my hearing. I was harmed/assaulted in late July and require surgery on lower back. As a result I have been unemployed, unfortunately. I ask that this bankruptcy case kindly not be dismissed as I will make a new scheduled payment schedule, if I may.

Sincerely,
[signature] 9/17/2018