United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-13128-mdc
Robinanne Anne Altieri                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina              Page 1 of 2              Date Rcvd: Sep 28, 2018
                              Form ID: pdf900              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db           +Robinanne Anne Altieri,    12 Holbrook Rd.,    Havertown, PA 19083-5726
cr           +Santander Bank, N.A.,    c/o Thomas A. Capehart, Esq.,    Gross McGinley LLP,
               33 S Seventh Street,    Allentown, PA 18101-2418
cr           +Santander Bank, N.A.F/K/A Sovereign Bank,    601 Penn St.,    MC: 10-6438-FB7,
               Reading, PA  19601,    UNITED STATES 19601-3544
14117881     +BrclyBankDE,    PO Box 8803,    Wilmington, DE 19899-8803
14117893    ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
             (address filed with court: MABT/ContFin,     PO Box 8099,    Newark, DE 19714)
14124942      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14117892     +DSNB Macys,    PO Box 8218,    Mason OH 45040-8218
14120909     +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
               Sioux Falls, SD 57104-0493
14164999      Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14167001     +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14129732     +Santander Bank, N.A.,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
14117899     +Trivedi,,    c/o Century 21 Absolute Realty,    512 Baltimore Pike,    Springfield, Pa 19064-3520
14117894     +WEBNK/FHUT,    6250 Ridgewood Rd.,    St. Cloud MN 56303-0820
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Sep 29 2018 03:06:17      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2018 03:06:08      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14165158      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 29 2018 03:06:02      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
14117880     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 29 2018 03:05:07      Kohls/capone,
               PO Box 3115,    Milwaukee, WI 53201-3115
14162806     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 29 2018 03:05:54      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14117896     +E-mail/Text: bankruptcy@sccompanies.com Sep 29 2018 03:07:07      Montgomery Ward,
               1112 7th Ave.,    Monroe, WI 53566-1364
14166924      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 03:09:45
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14105240     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 03:11:06
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14129072      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2018 03:05:24
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa.  17128-0946
14117882     +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2018 03:10:27      SYNCB/JCP,    PO Box 965007,
               Orlando, FL 32896-5007
14117883     +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2018 03:09:49      SYNCB/TJX,    PO Box 965015,
               Orlando, Florida 32896-5015
14122272     +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2018 03:10:29      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14109373     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2018 03:10:43      T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14117884     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 29 2018 03:05:05
               Verizon,    500 Technology Drive,    Weldon, Spring MO 63304-2225
14125079     +E-mail/Text: Bankruptcy@wsfsbank.com Sep 29 2018 03:07:06      WSFS Bank,    500 Delaware Ave.,
               10th Floor,    Wilmington DE 19801-1490
14117895     +E-mail/Text: Bankruptcy@wsfsbank.com Sep 29 2018 03:07:06      WSFS CHEK,    30 Blue Hen DR.,
               Newark, DE 19713-3460
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*          +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Christina            Page 2 of 2               Date Rcvd: Sep 28, 2018
                              Form ID: pdf900            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:

        REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

        THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com

        TOTAL: 4

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBINANNE ANNE ALTIERI    Chapter 13

Debtor    Bankruptcy No. 18-13128-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___27TH___ day of ___September___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
PRO-SE
*
*
*, * *
,

Debtor:
ROBINANNE ANNE ALTIERI

12 HOLBROOK ROAD

HAVERTOWN, PA 19083