The United States Bankruptcy Court of Eastern Pennsylvania

Re:
Robinanne Altieri
Debtor

FILED
SEP 28 2018
TIMOTHY McGRATH, CLERK
PER CLERK

Chapter 13
No. 18-13128 MDC

9/20/2018

## PETITION FOR CONTINUANCE OF BOTH TRUSTEE MEETING AND PLAINTIFF (KML LAWGROUP)'s INTENT TO DISMISS THE "AUTOMATIC STAY" OF PROPERTY.

I kindly ask the Court for a continuance in regard to the above "captioned" hearings scheduled in October. Due to my infirmity and inability to travel to Philadelphia yet. My back requires surgery in regard to an assault I suffered in June/July of 2018. I showed Hospital Letter in last request. May I kindly have more time. Sincerely,

Robinanne Altieri