*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robinanne Anne Altieri
    Debtor(s)

Case No: 18–13128–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Petition for Continuance of both trustee's meeting and plaintiff (KML LawGroup)'s intent to dismiss the automatic stay of property

    on: 10/25/18

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/3/18

Timothy B. McGrath
Clerk of Court

65 – 63
Form 167