United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robinanne Anne Altieri  
    Debtor

Case No. 18-13128-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Virginia | Page 1 of 2 | Date Rcvd: Oct 03, 2018 |
| | Form ID: 167 | Total Noticed: 27 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
```
db             +Robinanne Anne Altieri,    12 Holbrook Rd.,    Havertown, PA 19083-5726
cr             +Santander Bank, N.A.,    c/o Thomas A. Capehart, Esq.,    Gross McGinley LLP,
                 33 S Seventh Street,    Allentown, PA 18101-2418
cr             +Santander Bank, N.A.F/K/A Sovereign Bank,    601 Penn St.,    MC: 10-6438-FB7,
                 Reading, PA  19601,    UNITED STATES 19601-3544
14117881       +BrclyBankDE,    PO Box 8803,    Wilmington, DE 19899-8803
14117893      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court:  MABT/ContFin,     PO Box 8099,    Newark, DE 19714)
14124942        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14117892       +DSNB Macys,    PO Box 8218,    Mason OH 45040-8218
14120909       +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
14164999        Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14167001       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14129732       +Santander Bank, N.A.,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
14117899       +Trivedi,,    c/o Century 21 Absolute Realty,    512 Baltimore Pike,    Springfield, Pa 19064-3520
14117894       +WEBNK/FHUT,    6250 Ridgewood Rd.,    St. Cloud MN 56303-0820
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14165158        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 04 2018 02:19:41      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14117880       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 04 2018 02:19:21       Kohls/capone,
                 PO Box 3115,    Milwaukee, WI 53201-3115
14162806       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2018 02:19:39       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14117896       +E-mail/Text: bankruptcy@sccompanies.com Oct 04 2018 02:20:00       Montgomery Ward,
                 1112 7th Ave.,    Monroe, WI 53566-1364
14166924        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 02:29:29
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14105240       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 02:30:18
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14129072        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2018 02:19:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14117882       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:30:18       SYNCB/JCP,    PO Box 965007,
                 Orlando, FL 32896-5007
14117883       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:30:18       SYNCB/TJX,    PO Box 965015,
                 Orlando, Florida 32896-5015
14122272       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:29:30       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14109373       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2018 02:29:58      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14117884       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 04 2018 02:19:18
                 Verizon,    500 Technology Drive,    Weldon, Spring MO 63304-2225
14125079       +E-mail/Text: Bankruptcy@wsfsbank.com Oct 04 2018 02:19:59       WSFS Bank,    500 Delaware Ave.,
                 10th Floor,    Wilmington DE 19801-1490
14117895       +E-mail/Text: Bankruptcy@wsfsbank.com Oct 04 2018 02:19:59       WSFS CHEK,    30 Blue Hen DR.,
                 Newark, DE 19713-3460
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Virginia                Page 2 of 2                   Date Rcvd: Oct 03, 2018
                              Form ID: 167                  Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              THOMAS A. CAPEHART    on behalf of Creditor   Santander Bank, N.A. JKacsur@grossmcginley.com,
               ehutchinson@grossmcginley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 4
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robinanne Anne Altieri
    Debtor(s)

Case No: 18−13128−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Petition for Continuance of both trustee's meeting and plaintiff (KML LawGroup)'s intent to dismiss the automatic stay of property

on: 10/25/18

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/3/18

Timothy B. McGrath
Clerk of Court

65 − 63
Form 167